KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
HOWARD WEITZMAN (SBN 38723)
  hweitzman@kwikalaw.com
SUANN C. MACISAAC (SBN 205659)
  smacisaac@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

JONATHAN D. DAVIS, P.C.
JONATHAN D. DAVIS (*pro hac vice* motion to be submitted)
  jdd@jddavispc.com
DEREK A. WILLIAMS (*pro hac vice* motion to be submitted)
  daw@jddavispc.com
99 Park Avenue, Suite 1600
New York, New York 10016
Telephone: 212.687.5464
Facsimile: 212.557.0565

Attorneys for Plaintiff Christopher Brown

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

CHRISTOPHER BROWN,

        Plaintiff,

    vs.

SHINSACHI PHARMACEUTICAL
INC., f/k/a SHINSACHI MEDIA INC.,
SEUNGWOO SHIN and SELLIAH
SACHCHITHANANTHAM,

        Defendants.

Case No. CV12- 08963 (ASEx)

**COMPLAINT FOR:**

**(1) VIOLATION OF THE
LANHAM ACT [15 U.S.C. §1125(a)];**

**(2) COMMON LAW RIGHT OF
PRIVACY/PUBLICITY/
COMMERCIAL APPROPRIATION**

**DEMAND FOR TRIAL
BY JURY**

///
///
///
///
///

10717.00003/144591.1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Plaintiff Christopher Brown for his complaint against Defendants ShinSachi

2   Pharmaceutical Inc. f/k/a ShinSachi Media Inc., Seungwoo Shin and Selliah

3   Sachchithanantham (collectively, the "Defendants") alleges as follows:

4   **Preliminary Statement**

5   1.      This action for false endorsement under the Lanham Act, 15 U.S.C. §

6   1125(a), and for right of publicity under the common law concerns Defendants'

7   knowing and intentional use of the internationally famous musical performer and

8   recording artist Christopher Brown's name, image and voice – without his consent –

9   to advertise and promote "Dr. Numb," a topical anesthetic cream often used by

10  persons to reduce the discomfort commonly associated with body tattooing.

11  2.      Defendants have turned a video of Mr. Brown talking about the Dr.

12  Numb product during a radio appearance on 102.7 KIIS FM into the cornerstone of

13  their marketing plan.  Defendants' unauthorized commercials created from Mr.

14  Brown's videotaped radio appearance are embedded in multiple websites and

15  webpages that Defendants own, control or operate.

16  3.      Although Mr. Brown demanded that Defendants stop using his name,

17  image and voice, Defendants have ignored him.  To this day, the commercials of

18  Mr. Brown discussing the Dr. Numb product are displayed prominently on

19  Defendants' websites and webpages, where they are seen and viewed by consumers

20  throughout the world considering whether to purchase the Dr. Numb brand

21  anesthetic cream.

22  4.      Because Defendants have refused to stop their unlawful exploitation

23  and appropriation of Mr. Brown's name, image and voice, Defendants have forced

24  Mr. Brown to file this action to stop their unlawful conduct.

25  **Jurisdiction and Venue**

26  5.      This Court has subject matter jurisdiction over this action, pursuant to

27  28 U.S.C. §§ 1331 and 1338(a), as the action arises under the Lanham Act, 15

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  U.S.C. § 1051 et seq., and supplemental jurisdiction over the state law claim
2  pursuant to 28 U.S.C. § 1367(a).

3        6.    This Court also has diversity jurisdiction over this action, pursuant to
4  28 U.S.C. § 1332(a)(2), because the action is between a citizen of a state and
5  citizens or subjects of a foreign state and the amount in controversy exceeds
6  $75,000, exclusive of interest and costs.

7        7.    This Court has personal jurisdiction over Defendants because they
8  conduct business in the State of California through, among other things, interactive
9  websites purposefully directed at California residents.

10        8.    Venue is properly found in this judicial district pursuant to 28 U.S.C. §
11  1391(b), because a substantial part of the events or omissions giving rise to the
12  claims in this action occurred within this district.

13  **Parties**

14        9.    Mr. Brown is a world-renowned singer, performer and actor, who
15  resides in California and Virginia.  Although Mr. Brown is a citizen of the State of
16  Virginia, when he is not traveling for work-related engagements, he spends
17  significant time residing in California.

18        10.    Upon information and belief, Defendant ShinSachi Pharmaceutical
19  Inc., formerly known as ShinSachi Media Inc. ("ShinSachi Pharmaceutical"),
20  manufactures, sells and distributes the "Dr. Numb" topical anesthetic cream (the
21  "Dr. Numb Product").  Upon information and belief, ShinSachi Pharmaceutical is
22  incorporated and has its principal place of business in Canada.

23        11.    Upon information and belief, Defendant Seungwoo Shin ("Shin") is a
24  Canadian citizen who resides at 4196 Staulo Crescent, Vancouver, British Columbia
25  V6N3S2.  Upon information and belief, Shin is a director of ShinSachi
26  Pharmaceutical and directs, controls or participates in the unlawful activities alleged
27  in this complaint and, together with Selliah Sachchithanantham, acts as the primary
28  moving force behind such conduct.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

12.     Upon information and belief, Defendant Selliah Sachchithanantham ("Sachchithanantham") is a Canadian citizen who resides in Vancouver, British Columbia.  Upon information and belief, Sachchithanantham is a director of ShinSachi Pharmaceutical and directs, controls or participates in the unlawful activities alleged in this complaint and, together with Shin, acts as the primary moving force behind such conduct.

13.     Upon information and belief, Shin and Sachchithanantham are the only two directors and owners and of ShinSachi Pharmaceutical.  Upon further information and belief Shin and Sachchithanantham selected the name "ShinSachi" because it references their last names:  Shin and Sachchithanantham.

14.     Upon information and belief, Defendant Shin registered the trademark "Dr. Numb" with the United States Patent and Trademark Office (the "Dr. Numb Mark").  The U.S. Registration Number for the Dr. Numb Mark is 3916453.  Upon information and belief, although there is no assignment for the Dr. Numb Mark recorded at the United States Patent and Trademark Office, ShinShaci Pharmaceutical has the right to use the Dr. Numb Mark on topical anesthetic cream.

### The Defendants' Websites and Social Media Webpages

15.     Upon information and belief, Defendants own and operate a multi-page, interactive website that is accessible in California and elsewhere using the homepage address www.drnumb.com (the "Main Website").

16.     Users can access the Main Website's various pages by selecting the buttons/tabs at the top of each page that are labeled as follows:  Home, How It Works, Order Now, FAQs, Contact Us and Become a Distributer.  A true and correct copy of the Main Website's homepage is attached hereto as Exhibit A.

17.     By selecting the buttons/tabs at the top of the Main Website's various pages, internet users in California and elsewhere can, among other things:  (i) learn how the Dr. Numb Product allegedly works; (ii) order the Dr. Numb Product and have it delivered to California or elsewhere; (iii) find answers to frequently asked

1  questions (FAQs) concerning the Dr. Numb Product; (iv) contact ShinShachi

2  Pharmaceutical; and (v) apply to become a distributor of the Dr. Numb Product.

3      18.    In addition, the Main Website gives internet users the ability to

4  communicate with a ShinSachi Pharmaceutical representative directly by selecting

5  the button labeled "Chat With Us."  Upon information and belief, when a user

6  selects the "Chat with Us" button, a pop-up window appears with data fields for

7  users to enter their name, email address, company and question.  Upon further

8  information and belief, once an internet user enters that information, he can then

9  select another button labeled "Start Chat" to be connected to a ShinSachi

10  Pharmaceutical representative.

11     19.    The Main Website includes purchasing options "for individuals and

12  small businesses."  Through the Main Website users can purchase one 30-gram tube

13  of the Dr. Numb Product for $54.00 USD.  Another available option is the 32-tube

14  bulk package that ShinSachi Pharmaceutical sells for $864.00 USD.

15     20.    According to the Main Website, orders for the Dr. Numb Product

16  placed within the United States are shipped from ShinSachi Pharmaceutical

17  distributors in Michigan, Illinois or California, using the United States Postal

18  Service.

19     21.    The Main Website also states that ShinSachi Pharmaceutical distributes

20  the Dr. Numb Product to over 125 countries, and its distribution capabilities are,

21  according to the Main Website, still expanding.  On its Main Website, ShinSachi

22  Pharmaceutical states that it "understands the urgent needs of worldwide customers

23  and thus fulfilling products (sic) from almost every state in USA (sic), reducing the

24  delivery time – aiming for the fastest delivery and customers (sic) satisfaction."

25  Upon information and belief, ShinSachi Pharmaceutical routinely distributes and

26  delivers its products to California stores and residents.

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

22.     Upon information and belief, consumers can purchase the Dr. Numb Product through many websites, including www.amazon.com, www.ebay.com and www.ioffer.com.

23.     Upon information and belief, Defendants also own and operate the multi-page, interactive website www.drnumb.net (the ".Net Website"). Although the .Net Website displays different content from the Main Website, when internet users select the Home button/tab at the top of the .Net Website's homepage, they are forwarded to the Main Website. Upon information and belief, the .Net Website is accessible in California and elsewhere.

24.     Upon information and belief, Defendants also own and operate the multi-page, interactive websites www.drnumb.co (the ".Co Website"), www.drnumb.co.za/ (the ".Za Website"), www.drnumb.ca/ (the ".Ca Website"), www.drnumb.fr/ (the ".Fr Website"), www.drnumb.ph/ (the ".Ph Website"), and www.drnumb.co.uk/ (the ".Uk Website"). Upon information and belief, each of these websites are accessible in California and elsewhere.

25.     Upon information and belief, Defendants have and control an account with the website www.youtube.com. The Defendants' YouTube account can be found using the internet address www.youtube.com/user/drnumbOFFICIAL?feature=watch (the "Dr. Numb YouTube Page"). The Dr. Numb YouTube Page, which contains a link to the Main Website, promotes and advertises the Dr. Numb Product to consumers and, upon information and belief, is accessible in California and elsewhere. A true and correct copy of the Dr. Numb YouTube Page is attached hereto as Exhibit B.

26.     Upon information and belief, Defendants have and control an account with the website www.facebook.com. The Defendants' Facebook page can be found using the internet address www.facebook.com/DrNumbCream (the "Dr. Numb Facebook Page"). The Dr. Numb Facebook Page, which contains a link to

1   the Main Website, promotes and advertises the Dr. Numb Product to consumers and,

2   upon information and belief, is accessible in California and elsewhere.

3       27.    In the "Likes" section of the Dr. Numb Facebook Page appears, from

4   time to time, a link to Mr. Brown's facebook page.  Upon information and belief,

5   Defendants have included Mr. Brown under the "Likes" section of the Dr. Numb

6   Facebook page, to confuse, mislead or deceive consumers into the mistaken belief

7   that Mr. Brown is affiliated, connected or associated with Defendants.  A true and

8   correct copy of the Dr. Numb Facebook Page is attached hereto as Exhibit C.

9       28.    Upon information and belief, Defendants have and control an account

10   with the website www.twitter.com.  The Defendants' Twitter account is identified

11   by @DrNumb (the "Dr. Numb Twitter Page") and can be found using the internet

12   address www.twitter.com/DrNumb.  Near the top of the Dr. Numb Twitter Page is a

13   link to the Main Website.  Defendants use the Dr. Numb Twitter Page to advertise

14   the Dr. Numb Product, offer discounts and solicit potential distributors.  Upon

15   information and belief, the Dr. Numb Twitter Account is accessible in California

16   and elsewhere.

17       29.    Upon information and belief, Defendants own and control other

18   websites and have and control other accounts with websites that they use to

19   advertise the Dr. Numb Product.

20       **Mr. Brown's Fame And Recognition**

21       30.    Mr. Brown's first record album, titled Chris Brown, was released in

22   2005.  The album peaked at number two on the Billboard Hot 200 and featured the

23   hit single "Run It," which topped the Billboard Hot 100.   The Recording Industry

24   Association of America certified the Chris Brown album as double platinum.

25       31.    Since then, Mr. Brown has released four studio albums, appeared in

26   films and television programs, and headlined multiple tours.

27       32.    Mr. Brown's fourth studio album, F.A.M.E., became the number one

28   album on the Billboard Top 200.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

33.     Throughout his music career, Mr. Brown has received numerous awards and award nominations, including a Grammy Award, American Music Awards, Billboard Music Awards and BET Awards.

34.     Upon information and belief, Mr. Brown has the ability to influence many consumer segments, including teenagers and young adults – the very age groups that companies and advertisers often target to increase their sales and visibility.

35.     Mr. Brown has over eleven million followers on Twitter, a social media website that allows its members to communicate using "tweets" – short messages of 140 characters or fewer.  Upon information and belief, Mr. Brown's legion of followers on Twitter reflects his popularity and the level of the public's interest in his entertainment career.  Upon information and belief, only 22 Twitter users worldwide have more Twitter followers than Mr. Brown.

36.     Mr. Brown has expended substantial time, money and other resources in developing, advertising and otherwise promoting himself, his brand and his identity.  That investment has made Mr. Brown an attractive spokesperson and product endorser.  Over the years, Mr. Brown has signed endorsement deals with multiple companies that collectively have earned him substantial sums of money.

37.     Mr. Brown is well-known for the tattoos on his neck, chest, back, arms and legs.

38.     Upon information and belief, Mr. Brown would be a particularly valuable spokesperson for any company manufacturing products to support the tattoo industry in this country and abroad.

### Mr. Brown's Appearance On 102.7 KIIS FM

39.     To promote his fourth studio album, F.A.M.E., Mr. Brown appeared on the 102.7 KIIS FM radio show "Jo Jo on the Radio" (the "KIIS FM Appearance").  102.7 KIIS FM is a radio station in Los Angeles, California.

1    40.    During Mr. Brown's KIIS FM Appearance, the show's host, Jo Jo,

2  talked with Mr. Brown about his tattoos for several minutes.  During their

3  discussion, Mr. Brown mentioned his experience with the Dr. Numb Product.

4    41.    Upon information and belief, all or some of Mr. Brown's KIIS FM

5  Appearance was captured on video and posted on the internet by third parties

6  without his knowledge.

7    42.    Mr. Brown never consented to anyone using his name, image and voice

8  to advertise or otherwise promote the Dr. Numb Product.

9                    **Defendants' Unlawful Conduct**

10    43.    Upon information and belief, Defendants learned that Mr. Brown

11  discussed the Dr. Numb Product on KIIS FM.

12    44.    Upon information and belief, Defendants recognized the immediate

13  pecuniary benefit they could reap by exploiting a clip from the KIIS FM

14  Appearance to convince tattoo enthusiasts and other consumers that a numbing

15  cream good enough for a world-famous celebrity like Mr. Brown would be good

16  enough for them too.

17    45.    Upon information and belief, Defendants obtained a video clip of the

18  KIIS FM Appearance where Mr. Brown discusses the Dr. Numb Product, copied

19  and edited the video to create a standard 30-second commercial, and then embedded

20  the edited video of Mr. Brown talking about the Dr. Numb Product on the Main

21  Website with the title "Dr. Numb Testimonial by Chris Brown" and with a partial

22  transcription of what Mr. Brown appears to have said when discussing the product

23  (the "Short Unauthorized Commercial").

24    46.    Defendants embedded a longer video clip of Mr. Brown talking about

25  the Dr. Numb Product on the .Co Website with the title "Dr. Numb Testimonial by

26  Chris Brown" and with a partial transcription of what Mr. Brown appears to have

27  said when discussing the product (the "Long Unauthorized Commercial").

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

47.     The Short Unauthorized Commercial and the Long Unauthorized Commercial also appear on other websites owned and controlled by Defendants. The Long Unauthorized Commercial and the Short Unauthorized Commercial are collectively referred to as the "Unauthorized Content").

48.     The Unauthorized Content is displayed prominently on websites that Defendants own and control.  On the Defendants' websites that display the Unauthorized Content on the homepage, no other video appears before it.

49.     Defendants have strategically placed the Unauthorized Content on websites and webpages that they own, control or operate so that consumers who visit the websites and webpages do not overlook Mr. Brown's discussion of the Dr. Numb Product.

50.     Upon information and belief, the Defendants' use of the Unauthorized Content has increased the number of consumers visiting the Main Website and the other websites and webpages that Defendants use to advertise the Dr. Numb Product, including YouTube, Facebook and Twitter.

51.     Upon information and belief, sales of the Dr. Numb Product have increased as a direct result of the Defendants' use of the Unauthorized Content that features Mr. Brown's name, image and voice.

52.     Defendants neither asked for nor obtained Mr. Brown's permission or consent to use his name, image and voice in connection with any advertising and promotion of the Dr. Numb Product that appears on any website owned, controlled or operated by Defendants, including but not limited to, the Main Website, the .Net Website and the .Co Website.

<u>**Defendants Have Ignored Mr. Brown's Demand**</u>

<u>**That The Unlawful Conduct Stop**</u>

53.     On or about May 24, 2012, Mr. Brown's lawyer, using an email address listed on the Main Website, sent a cease and desist letter to stop Defendants' use of the Unauthorized Content and of Mr. Brown's name, likeness and voice to

10

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

advertise, market and promote the Dr. Numb Product and to prevent Defendants from using any other reference to Mr. Brown in connection with the Dr. Numb Product (the "May 24 letter").

54.     After the May 24 letter, Mr. Brown's lawyer demanded that Defendants stop their unauthorized exploitation of his name, image and voice and refrain from using or referring to him in any way in the future.

55.     Defendants ignored the May 24 Letter and all subsequent attempts by Mr. Brown to end Defendants' unauthorized exploitation of his name, image and voice.

56.     The Unauthorized Content remains on the various websites owned, controlled or operated by Defendants.

57.     Mr. Brown objects to the Defendants' use of his name, image and voice to advertise, promote and sell the Dr. Numb Product to tattoo enthusiasts and to any other consumers.

58.     Defendants have knowingly, intentionally, maliciously and willfully used Mr. Brown's name, image and voice – without first obtaining his consent – to advertise and sell the Dr. Numb Product.

59.     Defendants' use of Mr. Brown's name, image and voice, and of the Unauthorized Content, is likely to confuse and to deceive the public and the trade into believing that there is a connection or association between Defendants and the Dr. Numb Product, on the one hand, and Mr. Brown, on the other hand.

60.     Defendants' unlawful conduct, as described above, persists even though the Defendants know that they are violating Mr. Brown's rights by refusing to remove his name, image and voice and the Unauthorized Content from all of Defendants' marketing and promotional materials, including but not limited to, the Main Website and all other places it appears on Defendants' websites and webpages.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   61.   Defendants and the Dr. Numb Product are not, nor have they ever been,

2   associated, affiliated, connected with, or endorsed or sanctioned by Mr. Brown.

3   62.   Defendants' use of Mr. Brown's name, image, and voice to advertise

4   and promote the Dr. Numb Product is likely to cause consumers, the public and the

5   trade to erroneously believe that the Dr. Numb Product is associated with,

6   authorized, sponsored or approved by Mr. Brown, even though it is not.  This likely

7   consumer confusion causes irreparable harm to Mr. Brown and diminishes the value

8   of Mr. Brown's brand as both a performer and an endorser.

9   63.   By using Mr. Brown's name, image and voice without his consent,

10  Defendants are trading on Mr. Brown's goodwill and reputation by creating the false

11  impression that the Dr. Numb Product is approved by him or is affiliated, connected,

12  or associated with him.

13  64.   Defendants have been unjustly enriched by illegally using and

14  misappropriating Mr. Brown's publicity rights for their own financial gain.

15  Furthermore, Defendants have unfairly benefited and profited from Mr. Brown's

16  worldwide recognition and his significant efforts to create and maintain that

17  recognition.

18  65.   Among other things, Defendants' misrepresentation of Mr. Brown's

19  approval and sponsorship of the Dr. Numb Product will adversely affect him by

20  hampering his continuing and future efforts to control and protect the reputation and

21  value of his personal brand.

22  66.   Defendants' use of Mr. Brown's name, image and voice – without his

23  consent and without paying for it – will likely impact his ability to negotiate

24  favorable economic terms for future endorsements.

25  67.   Defendants have acted with reckless disregard for Mr. Brown's rights

26  and/or were willfully blind in connection with their unlawful activities.  Upon

27  information and belief, because Defendants have acted willfully and maliciously,

28  this is an exceptional case under 15 U.S.C. § 1117(a).

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

68.     The injuries and damages sustained by Mr. Brown have been directly and proximately caused by the Defendants' use of Mr. Brown's name, image and voice and of the Unauthorized Content – without his consent – to advertise and promote the Dr. Numb Product.

69.     Upon information and belief, Defendants are likely to continue their unlawful conduct by using Mr. Brown's name, image and voice and by using the Unauthorized Content unless otherwise restrained.

70.     Mr. Brown has and will suffer irreparable injury and damages as a result from Defendants' activities and he has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF

### (False Endorsement, 15 U.S.C. § 1125(a))

71.     Mr. Brown repeats and realleges the allegations set forth in paragraphs 1 through 70 as if set forth at length in this paragraph.

72.     Mr. Brown does not approve of or endorse the Dr. Numb Product.  In addition, Mr. Brown has no affiliation, connection or association with Defendants or the Dr. Numb Product.

73.     Defendants have used and are using, among other things, Mr. Brown's name, image, and voice and the Unauthorized Content in a way that is likely to cause consumers to be confused, mistaken or deceived as to the affiliation, connection, or association between Mr. Brown, on the one hand, and Defendants and the Dr. Numb Product, on the other hand.

74.     Defendants have used and are using, among other things, Mr. Brown's name, image, and voice and the Unauthorized Content in a way that is likely to cause consumers to be confused, mistaken or deceived as to whether Mr. Brown sponsors or approves of Defendants' commercial activities concerning the Dr. Numb Product.

75.     Defendants have intentionally used Mr. Brown's name, image, and voice and the Unauthorized Content in connection with the advertisement,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 promotion, sale, offering for sale and distribution of the Dr. Numb Product, knowing

2 that they did not have Mr. Brown's consent or authorization to do so.

3     76.    Defendants' unauthorized use of Mr. Brown's identity in connection

4 with its advertisement, promotion, sale, offering for sale and distribution the Dr.

5 Numb Product through, among other things, the Main Website, constitutes

6 Defendants' use of Mr. Brown's identity in commerce.

7     77.    Defendants have been and are unlawfully benefiting from falsely

8 creating a belief among consumers that the Dr. Numb Product is endorsed or

9 approved by Mr. Brown, or is affiliated, connected or associated with him.

10     78.    Defendants have taken the goodwill that Mr. Brown has developed over

11 the years and misdirected that goodwill to the Dr. Numb Product.

12     79.    Defendants' acts constitute a willful false endorsement in violation of

13 Section 32 of the Lanham Act, 15 U.S.C. § 1125(a).

14     80.    Defendants' acts have damaged and will continue to damage Mr.

15 Brown.

16     81.    Defendants have made and will likely continue to make substantial

17 profits and gains to which they are not entitled to in law or in equity.

18     82.    Mr. Brown has no adequate remedy at law unless Defendants are

19 permanently enjoined and restrained by the Court.

20 **SECOND CLAIM FOR RELIEF**

21 **(Common Law Right of Privacy/Publicity/Commercial Appropriation)**

22     83.    Mr. Brown repeats and realleges the allegations set forth in paragraphs

23 1 through 82 as if set forth at length in this paragraph.

24     84.    Defendants used Mr. Brown's identity by posting, among other things,

25 the Unauthorized Content of Mr. Brown during the KIIS FM Appearance on

26 various websites and webpages that Defendants own, control, or operate.

27     85.    Defendants appropriated Mr. Brown's identity to Defendants'

28 advantage by using, among other things, the Unauthorized Content featuring Mr.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 Brown as the cornerstone of the marketing campaign to increase sales of the Dr.

2 Numb Product.

3      86.    Mr. Brown never consented to Defendants' use of his identity to

4 advertise and promote the Dr. Numb Product, or for any other purpose.

5      87.    As a result of the Defendants' unlawful conduct, the value of Mr.

6 Brown's endorsement and the value that other persons are willing to pay to use his

7 name, image, likeness and voice has been diminished.

8      88.    Defendants' acts have damaged and will continue to damage Mr.

9 Brown.

10      89.    Mr. Brown has no adequate remedy at law unless Defendants are

11 permanently enjoined and restrained by the Court.

12 **PRAYER FOR RELIEF**

13      WHEREFORE, Mr. Brown respectfully requests that this Court enter

14 judgment against Defendants as follows:

15      A.    Adjudging that Defendants violated § 43(a) of the Lanham Act, 15

16 U.S.C. § 1125(a) and Mr. Brown's common law right of publicity.

17      B.    Granting an injunction, pursuant to Rule 65 of the Federal Rules of

18 Civil Procedure, 15 U.S.C. § 1125(c) and the common law preliminarily and

19 permanently restraining and enjoining Defendants, their officers, agents, employees,

20 and attorneys, and all those persons or entities in active concert or participation with

21 them from:

22      1.    using or displaying Mr. Brown's name, image, likeness or voice

23 (including the Unauthorized Content) in any way and for any purpose, including for

24 purposes of advertising or promoting the Dr. Numb Product or any other product

25 manufactured, sold or distributed by one or more of the Defendants now or in the

26 future.

27      2.    using or displaying Mr. Brown's name, image, likeness or voice

28 (including the Unauthorized Content) on any website or webpage or using any other

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 | method to distribute information;

2 |        3.     engaging in any other activity constituting a violation of Mr.

3 | Brown's rights.

4 |     C.    Ordering Defendants to file with this Court and to serve on Mr. Brown

5 | within thirty days after entry of the injunction a report in writing under oath setting

6 | forth in detail the manner and form in which Defendants have has complied with the

7 | injunction;

8 |     D.    Directing such other and further relief as the Court may deem

9 | appropriate to prevent consumers, the public and the trade from deriving any

10 | erroneous impression that Mr. Brown has either sponsored, endorsed or approved of

11 | the Defendants or the Dr. Numb Product or has been affiliated, connected or

12 | associated with the Defendants or the Dr. Numb Product;

13 |     E.    Awarding Mr. Brown his actual damages, ordering Defendants to

14 | account to and pay to Mr. Brown all profits realized by their wrongful acts in

15 | accordance with 15 U.S.C. § 1117, and directing that such profits and actual

16 | damages be trebled in accordance with Section 35 of the Lanham Act, 15 U.S.C. §

17 | 1117;

18 |     F.    Awarding Mr. Brown punitive damages to which he is entitled under

19 | applicable federal or state law;

20 |     G.    Awarding Mr. Brown his costs, attorney's fees, investigatory fees and

21 | expenses to the full extent provided by Section 35 of the Lanham Act, 15 U.S.C. §

22 | 1117;

23 |     H.    Awarding Mr. Brown pre-judgment interest on any monetary award

24 | made part of the judgment against Defendant; and

25 |

26 |

27 |

28 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

I.   Awarding Mr. Brown such additional and further relief as the Court deems just and proper.

DATED: October 17, 2012

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP


By: _____
Howard Weitzman
Suann C. MacIsaace
Attorneys for Plaintiff Christopher Brown

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Christopher Brown requests a trial by jury.

DATED: October 17, 2012          KINSELLA WEITZMAN ISER
                                 KUMP & ALDISERT LLP


By: _____
    Howard Weitzman
    Suann C. MacIsaace
    Attorneys for Plaintiff Christopher Brown

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Voted #1 Strongest Numbing Cream | Dr. Numb | Health Certifie...                     http://www.drnumb.com/



**Home   How it Works   Order Now   FAQs   Contact Us   Become a Distributor**

# Dr. Numb
## TOPICAL ANAESTHETIC CREAM

**READY TO ORDER?** Call us toll free: Mon-Fri 9am-6pm **1-877-786-2001**

☑ CHAT WITH US!

## PAINLESS Tattoos, Waxing, Injections, and Other Dermal Procedures with Dr. Numb!

### Dr. Numb - The #1 Doctors Recommended Topical Anesthetic Cream

✔ Finish your dermal procedures faster, more enjoyable, and pain-free!

✔ Have painless shots for kids or people with low tolerance to pain.

✔ Save time and money by having your tattoos done faster.

✔ Proven SAFE and EFFECTIVE by millions of users worldwide!

✔ Fast-acting and long-lasting formula: lasts up to 4 hours.

✔ Health-Certified: no prescription required, safety and quality tested



**ORDER NOW!** 30-DAY MONEY BACK GUARANTEE!          Try It Free for 10 Days

## Dr. Numb is the #1 Doctors Recommended Numbing Cream

**Dr. Numb** is a 30g, non-prescription, **topical anesthetic numbing cream** (White smooth homogeneous cream) which contains 5% active agent **Lidocaine** and 7.22% non-medicinal rapid acting base. Dr. numb is a non-oily and water based **numbing cream** – only product that is registered and certified in the North American market and Worldwide. *Dr.Numb* is manufactured in cGMP licensed laboratory guaranteeing the safe use of **lidocaine** formula. Unlike most of competing **numbing cream** products out there in the market illegally imported from unlicensed factories in China, *Dr. Numb* has gone through complicated series of validation process, stability testing, toxicology/clinical tests, and batch quality control.

**Ask for MSDS (manufacturing safe data sheet) in order to verify our safe practice in manufacturing our cream. 99% of competitors do not operate in a safe environment like **Dr. Numb** (ShinSachi Pharmaceutical Inc.)

**Dr. Numb** topical anesthetic numbing cream is most effective at storage between 15-30°C, and shelf life of 2 years. We are able to deliver you the freshest batch of our production due to the rapid turnover rate of our products in the marketplace. The company has grown multinational distributing to more than 125 countries worldwide and still expanding.

Today you can avoid unnecessary pain involved in procedures such as:

**Needle Pain, Tattooing, Body Piercing, Laser Tattoo Removal
Laser Hair Removal, Waxing, Permanent Cosmetics
Cosmetic & Minor Surgical Procedures involving needles
Blood Tests, IV, & Vaccination
Microdermabrasion, Cannulations**



### Dr. Numb – the leader in the numbing cream industry

***Dr. Numb* Topical Anesthteic cream** contains $C_{14}H_{22}N_2O$ lidocaine (by SIGMA – top quality **lidocaine**) a substance that has been used for many years as anesthetics in medical, cosmetic and dental industry.

ShinSachi Pharmaceutical focuses on highest quality product by following cGMP manufacturing practices. **Dr. Numb** is carefully formulated with the safest but strongest amount of **lidocaine** so it can be purchased without a prescription. The company exercise overall quality assurance of the manufacture, packaging, and storage. By maintaining adequate master manufacturing batch records, ShinSachi guarantees highest standard numbing cream available in the market.

The company has taken the leader position in the market boasting worldwide distribution to 125 countries and expanding. With highest retention of customers in different industries, customers are rest

### DR. NUMB VIDEO CONTEST WINNER!

Tony L. from New York uses **Dr. Numb** to numb his back before a long and painful back tattoo procedure.

He has experienced a lot of pain before, especially in the rib area, but with **Dr. Numb** he experienced no pain at all and went 4 hours straight into the tattooing session!

assured of highest quality topical anesthetic cream backed up by superb management team, customer service, and expedited shipment. Shinsachi understands the urgent needs of worldwide customers and thus fulfilling products from almost every state in USA, reducing the delivery time -- aiming for the fastest delivery and customers satisfaction.



 

FOR TATTOOING, WAXING, LASERS, INJECTIONS

**Verified Safe and Effective** 

**Dr. Numb** goes the extra mile to ensure our product is up to standards.

**Dr. Numb** is a registered product in **Health Canada** and is trademarked by the **United States Patent and Trademark Office** so you can be assured of its quality and safety.

### Still Not Convinced?

We want you to try Dr. Numb FREE for 10 Days, if you are not satisfied with the results, simply return it to us!

<u>Click Here to Try Dr. Numb for FREE!</u> (Limited Stocks Available)

**BUY NOW and get 15% OFF by using the promo code: 15PROMO ▸**



certified by
# Health Canada

and certified by the
## United States Patent & Trademark Office


Recommended for pain caused by needles, tattooing, body piercing, injections. Also for dermatological procedures; waxing, laser hair removal and laser tattoo removal.


We know that Dr. Numb will give you effective numbing effect, therefore we are offering you 30 Day money back guarantee on every Dr. Numb purchased.


Industry standard 256-bit SSL-encrypted transactions means its 100% hacker safe. Free Shipping and Overnight Shipping options are available.

## "I was skeptical at first, but I applied it before having my tattoo done, Dr. Numb is real! I felt nothing!"



**Annie Perez** - *"Oh my God. I don't feel any pain!"*
**Brittney Milian** - *"Wow! This is Great!"*
**Johnny Hall** - *"Wow! It works... What a concept."*
**Ashley McBride** - *"This is an amazing product!"*
**Cristina Del Valle** - *"No pain at all!"*
**Jennifer Miller** - *"You can really feel the numbing effect! Wow!"*
**Grace Lee Wilson** - *"I love it! I use it all the time."*
**Pete Satriani** - *"This really works. No pain tattoo!"*

Voted #1 Strongest Numbing Cream | Dr. Numb | Health Certifie...                    http://www.drnumb.com/

# See how **Dr. Numb** has provided a painless experience to our customers!







"I cannot feel any pain when I got my full back tattoo. I got it done faster than anyone else! I'll be using it on my next tattoo session. Even my tattooist recommend it!"

"I love Dr. Numb! I got a painless butterfly tattoo on my hand, and I really have a low tolerance to pain. Dr. Numb totally numbed my hand and I did not feel any pain at all!"

"I was already prepared to cry, because I know this would hurt a lot! So I put Dr. Numb on, waited a few minutes and my hand felt numb instantly! This is a wonder product!"

Tony L. from New York

Butterfly Lady of Vancouver

Butterfly Lady of Vancouver







"This product is AMAZING! I use this for most of my clients to make the tattoo process easier. It is easy to apply, and does not affect the tattoo ink in any way."

"People have been using Dr. Numb to get their tattoos done faster, and virtually pain free! We totally recommend this product to everyone who's getting a tattoo."

"I've been tattooing for many years, used numerous tattoo products, what I've found in the last year is Dr. Numb! It has made my tattooing a lot easier on people."

Gary Gray, Tattoo / Body Piercing Artist

Insane Tattoo Products

Ionic Ink & Gary Gray Jr.

 We know that protecting your personal information is extremely important to you. Dr. Numb uses the best and most respected independent companies to monitor and certify that it is safe and secure for you to provide your personal information.

     

Follow Dr. Numb on Twitter & Facebook!

 

## ► Ready to order? Click here to view our Packages and Pricing

**View More Dr. Numb Customer Testimonial Videos**

Voted #1 Strongest Numbing Cream I Dr. Numb I Health Certifie...                    http://www.drnumb.com/





# Dr. Numb

**Topical Anesthetic Numbing Cream**

For painless tattoos, body piercing,
body waxing, laser hair removal,
needle injections & dermal procedures.

## ORDER NOW! 1-877-786-2001

 **[Product Information]** // Name: Dr. Numb Topical Anesthetic Numbing Cream // Description: Dr. Numb is a topical anesthetic numbing cream for painless tattooing, waxing, laser hair removal, laser tattoo removal, needle injections, and other minor skin procedures. Health-certified and recommended by most tattoo shops and derm clinics worldwide! // 97 out of 100 based on 17177 user ratings // Availability: In stock //

Home - Refund Policy - Contact Us - Testimonials - Distributor Inquiry - 10-day Risk-Free Trial - Customer Login

Dr. Numb in: Africa, Australia, Canada, France, Philippines, United Kingdom

© 2012 Dr. Numb | Disclaimer | Privacy Policy | Dr. Numb Reviews and Testimonials | lidocaine cream information

Dr. Numb is the most recommended numbing cream by tattoo artists and medical professionals worldwide. It is the safest brand of cream for numbing the skin before any dermal procedures. It contains a special formulation of topical anesthetic that has been tested in private laboratories. Dr. Numb is proven to provide painless tattoo, painless laser hair removal, painless waxing to a worldwide client base.

Dr. Numb contains lidocaine, the formula responsible for giving temporary numbing to the surface of the skin.

Dr. Numb is the only health-certified topical anesthetic numbing cream available. Use the dr numb coupon code: 15PROMO. Visit dr numb on facebook.

EXHIBIT A

Page 22

Official Dr. Numb Topical Anesthetic Numbing Cream - YouTube          http://www.youtube.com/user/drnumbOFFICIAL?feature=watch



Official Dr. Numb Topical Anesthetic Numbing Cream - YouTube          http://www.youtube.com/user/drnumbOFFICIAL?feature=watch

⚑ Report

Help   About   Press & Blogs   Copyright   Creators & Partners   Advertising   Developers

Terms   Privacy   Safety   Send feedback   Try something new!

Language:  English   ▾   Location:  Worldwide   ▾   Safety:  Off   ▾

EXHIBIT B

Page 24

10/15/12 1:14 PM

Dr.Numb Strongest Numbing Cream - Vancouver, BC - Health/Medical/Pharmaceutical...

https://www.facebook.com/DrNumbCream



10/15/12 1:21 PM

EXHIBIT C
Page 25

Dr.Numb Strongest Numbing Cream - Vancouver, BC - Health/Medical/Pharmaceutical...

https://www.facebook.com/DrNumbCream

 **Dr.Numb Strongest Numbing Cream** shared a link.
Saturday

Get PAINLESS tattoos, waxing, injections and dermal procedures with Dr. Numb! Health-certified, proven safe and effective by users worldwide! Click here: http://www.drnumb.com/

**Dr. Numb – The Leader in Lidocaine Numbing Cream**
www.drnumb.com

Dr. Numb – Lidocaine Numbing Cream Topical Anesthetic for painless tattoos, waxing, needle

Like · Comment · Share

👍 Tyler Nagy and Wyllan Quevedo Santos like this.

**Also On**

🌐 http://www.drnumb.com

**Recent Posts by Others**                     See All

 **Tattoosupply Cherry**
📷 Dear artist, Good day!! Glad to tell you that we have...
September 19 at 8:37pm

 **Brandi Paxton**
I'm getting my side tatted tomorrow. This will be my ...
September 16 at 7:41pm

 **George Tan**
📷 Customer Testimonial from Savannah on Yahoo An...
September 12 at 12.42pm

 **Ryan Breeze**
So i hear now that you changed the product from whe...
💬1 · September 4 at 2:03am

More Posts ▾

**Likes**                                       See All

 **Inked Magazine**
Magazine                                         👍 Like

**Chris Brown**
Musician/Band                                    👍 Like

**New Skin Laser Tattoo Removal**
Local Business                                   👍 Like

**Dr. Numb Australia**
Health/Medical/Pharmaceuticals                   👍 Like

2 of 5                                            10/15/12 1:21 PM

EXHIBIT C
Page 26

Dr.Numb Strongest Numbing Cream - Vancouver, BC - Health/Medical/Pharmaceutical...

https://www.facebook.com/DrNumbCream

 **Dr.Numb Strongest Numbing Cream** shared a **link**.
September 27

 **Anesthetic Cream**
Health/Beauty                                    👍 Like

Get PAINLESS tattoos, waxing, injections and dermal procedures with Dr. Numb! Health-certified, proven safe and effective by users worldwide! Visit us for more info: http://www.drnumb.com/

 **Dr. Numb – #1 Topical Anesthetic Numbing Cream**
www.drnumb.com

Dr. Numb – Lidocaine Numbing Cream Topical Anesthetic for painless tattoos, waxing, needle pain, and

Like · Comment · Share

👍 Wyllan Quevedo Santos likes this.

 **Dr.Numb Strongest Numbing Cream** shared a link.
September 27

**More Information**

Product Name: Dr. Numb Cream CAS Number: Mixture
Product Description: Smooth white to off-white external analgesic cream with a mild odor.

If you have a tattoo shop, derma clinic, or simply business-minded, Dr. Numb is always looking for new business partnerships! Expand with Us, Distributors Wanted! More info: http://www.drnumb.com/become-a-drnumb-distributor

HAZARDS DISCLOSURE: This product does not contain known hazardous materials in reportable levels as defined by the O...See More

 **Dr. Numb – Become A Distributor of the #1 Numbing Cream**
www.drnumb.com

Dr. Numb Distributorship Program – Business Opportunity for becoming a distributor of our great product!

 **Dr.Numb Strongest Numbing Cream** shared a link.
September 18

Get PAINLESS tattoos, waxing, injections and dermal procedures with Dr. Numb! Health-certified, proven safe and effective by users worldwide! Visit us for more info: http://www.drnumb.com/

10/15/12 1:21 PM

EXHIBIT C
Page 27

Dr.Numb Strongest Numbing Cream - Vancouver, BC - Health/Medical/Pharmaceutical...

https://www.facebook.com/DrNumbCream

Like · Comment · Share

👍 Wyllan Quevedo Santos, Tyler Nagy and 2 others like this.

**Activity**
October

People Who Like This

6



**Dr. Numb – #1 Doctors Recommended Numbing Cream**
www.drnumb.com

Dr. Numb – Lidocaine Numbing Cream Topical Anesthetic for painless tattoos, waxing, needle

Like · Comment · Share

👍 Sherleymartos Villareal, Chantelle Kaitlin Townsend and 2 others like this.

 **Chantelle Kaitlin Townsend** I got my Dr.Numb I cant wait to use it for my tattoo I put little on to see if i could feel anything I felt nothing
September 18 at 8:14pm via mobile

Mobile · Find Friends · Badges · People · Pages · About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

4 of 5                                                                                                                                    10/15/12 1:21 PM

EXHIBIT C
Page 28

Dr.Numb Strongest Numbing Cream - Vancouver, BC - Health/Medical/Pharmaceutical...

https://www.facebook.com/DrNumbCream

Facebook © 2012 · **English (US)**

10/15/12 1:21 PM

EXHIBIT C
Page 29

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV12- 8963 CAS (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✗] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**ORIGINAL**

Name & Address:
Howard Weitzman (SBN 38723)
Suann C. MacIsaac (SBN 205659)
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd., Ste. 300
Santa Monica, CA 90401-1894

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER BROWN,

PLAINTIFF(S)

v.

SHINSACHI PHARMACEUTICAL INC., f/k/a
SHINSACHI MEDIA INC., SEUNGWOO SHIN
and SELLIAH SACHCHITHANANTHAM,

DEFENDANT(S).

CASE NUMBER

CV12-08963

(ASJEx)

**SUMMONS**

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Howard Weitzman/Suann MacIsaac ____ , whose address is 808 Wilshire Blvd., Third Floor, Santa Monica, CA 90401 _____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  OCT 17 202 _____

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**COPY**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS   (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CHRISTOPHER BROWN, | SHINSACHI PHARMACEUTICAL INC., f/k/a SHINSACHI MEDIA INC., SEUNGWOO SHIN and SELLIAH SACHCHITHANANTHAM, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Howard Weitzman (SBN 38723)<br>Suann C. MacIsaac (SBN 205659)<br>Kinsella Weitzman Iser Kump & Aldisert LLP<br>808 Wilshire Blvd., Ste. 300<br>Santa Monica, CA 90401-1894<br>310-566-9800 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  
☐ 2 Removed from State Court  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from another district (specify):  
☐ 6 Multi-District Litigation  
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This action for false endorsement under the Latham Act, 15 U.S.C. § 1125(a), and for right of publicity under the common law concerns Defendants' knowing and intentional use of musical performer and recording artist Christopher Brown's name, image and voice - without his consent - to advertise and promote "Dr. Numb," a topical anesthetic cream often used by persons to reduce the discomfort commonly associated with body tattooing.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                            CIVIL COVER SHEET                            Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes

If yes, list case number(s):

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)      [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff resides in both Los Angeles County, California and Virginia | Plaintiff resides in both Los Angeles County, California and Virginia |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Canada |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved.

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** *Suann MacIsaac*          Date  October 17, 2012

Suann C. MacIsaac

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |