KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
HOWARD WEITZMAN (SBN 38723)
  hweitzman@kwikalaw.com
SUANN C. MACISAAC (SBN 205659)
  smacisaac@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

JONATHAN D. DAVIS, P.C.
JONATHAN D. DAVIS
  jdd@jddavispc.com
99 Park Avenue, Suite 1600
New York, New York 10016
Telephone: 212.687.5464
Facsimile: 212.557.0565

Attorneys for Plaintiff Christopher Brown

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BROWN,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHINSACHI PHARMACEUTICAL INC., f/k/a SHINSACHI MEDIA INC., SEUNGWOO SHIN and SELLIAH SACHCHITHANANTHAM,<br><br>          Defendants. | Case No.  2:12-cv-08963-CAS-E<br><br>**ORDER FOR DEFAULT JUDGMENT AND <u>PERMANENT INJUNCTION</u>** |

Plaintiff Christopher Brown commenced this action on October 17, 2012, by filing the Summons and Complaint, which he properly served upon Defendants Shinsachi Pharmaceutical Inc. f/k/a Shinsachi Media Inc. ("Shinsachi Pharmaceutical") and Seungwoo Shin ("Shin") on January 23, 2013. Plaintiff filed proofs of service with this Court on February 1, 2013. Defendants Shinsachi

10717.00003/181891.1

Pharmaceutical and Shin have not answered the Complaint and their time for doing so has expired.

Accordingly, it is ORDERED that Plaintiff's motion for a default judgment and a permanent injunction shall be, and hereby is, GRANTED and JUDGMENT be entered in favor of Plaintiff on all counts of the Complaint, and it is further

ORDERED that JUDGMENT be ENTERED for damages in the amount of $400,000, plus reasonable attorneys' fees of $11,600, plus statutory costs and interest, and it is further

ORDERED that Defendants, their employees, agents, servants, successors, and assigns shall be permanently enjoined and restrained from the following:

(a) using or displaying Plaintiff's name, image, likeness, or voice in any way and for any purpose, including the advertising or promotion of the Dr. Numb brand topical anesthetic cream or any other product manufactured, sold or distributed by one or more of the Defendants now or in the future;

(b) using or displaying Plaintiff's name, image, likeness, or voice on any website or webpage or using any other method to distribute information, including but not limited to, the following sites: (1) www.drnumb.com, (2) www.drnumb.net, (3) www.drnumb.co, (4) www.drnumb.co.za/, (5) www.drnumb.ca/, (6) www.drnumb.fr, (7) www.drnumb.ph, and (8) www.drnumb.co.uk; and

/ / /

/ / /

1         (c) engaging in any other activity constituting a violation of Plaintiff's rights; and it is further

ORDERED, the interest shall accrue from the date this action was filed.

Dated: September 9, 2013

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
United States District Judge

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850